**UNITED STATES of America, Plaintiff—Appellee,**

v.

**David Rahimipoor MOGHDAM, Defendant—Appellant.**

No. 00–30388.

D.C. No. CR–00–00208–L.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2002 *.

Decided May 24, 2002.

Before FERNANDEZ, THOMAS and WARDLAW, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ***

David Rahimipoor Moghdam appeals his 177–month sentence imposed following his guilty plea conviction to bank robbery, armed bank robbery, and use of a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. §§ 2113(a), (d), and 924(c)(1)(A)(iii). Appointed counsel for Moghdam has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating there are no arguable issues for appeal, and a motion to withdraw from representation. Moghdam was notified of his right to respond to counsel's motion to withdraw but has failed to do so. We have jurisdiction under 28 U.S.C. § 1291 and we affirm.

Counsel has correctly rejected as a potential issue for appeal whether the district court erred by granting a downward departure of only one level for Moghdam's diminished capacity. As conceded by counsel, a defendant may not challenge on appeal the extent of a downward departure. *See United States v. Vizcarra–Angulo*, 904 F.2d 22, 23 (9th Cir.1990).

In addition to evaluating the issue raised in counsel's *Anders* brief, we have independently examined the record for appealable errors. *See Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). Our review has failed to disclose any non-frivolous issues for appeal.

Counsel's motion to withdraw is GRANTED and the judgment is AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.